UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR06-0409-JLR-JPD |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| LARRY LEWIS PORTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

Counts 1 through 10:  Mail and Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2.

Date of Detention Hearing:    November 16, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has a lengthy criminal-background history.

(2)    Defendant is associated with 12 alias names, three different dates of birth, and five social security numbers.

(3)    Defendant has stipulated to detention, but reserves the right to contest his continued detention if circumstances should change.

DETENTION ORDER                                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                                      Rev. 1/91
PAGE 1

01    (4)    There appear to be no conditions or combination of conditions other than

02 detention that will reasonably address the risk of flight and danger to other persons or the

03 community.

04    IT IS THEREFORE ORDERED:

05    (1)    Defendant shall be detained pending trial and committed to the custody of the

06         Attorney General for confinement in a correction facility separate, to the

07         extent practicable, from persons awaiting or serving sentences or being held in

08         custody pending appeal;

09    (2)    Defendant shall be afforded reasonable opportunity for private consultation

10         with counsel;

11    (3)    On order of a court of the United States or on request of an attorney for the

12         government, the person in charge of the corrections facility in which

13         defendant is confined shall deliver the defendant to a United States Marshal

14         for the purpose of an appearance in connection with a court proceeding; and

15    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16         counsel for the defendant, to the United States Marshal, and to the United

17         States Pretrial Services Officer.

18    DATED this 17th day of November, 2006.

19

20    _____
      JAMES P. DONOHUE
21    United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 2