UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LARRY LEWIS PORTER,<br><br>                Defendant. | Case No. CR06-409-JLR<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 7, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Steven Masada, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Jennifer Van Flandern. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on April 16, 2007, by the Honorable James L. Robart for Mail Fraud. He received 37 months of detention and 3 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated April 6, 2011, U.S. Probation Officer Jennifer Van Flandern alleged that defendant violated the following conditions of supervised release:

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

1. Committing the crime of fraud against the Veterans Administration on or about October 27, 2010, through December 16, 2010, in violation of the general condition that he not commit a federal, state, or local crime.

2. Using cocaine and alcohol on February 23, 2011, in violation of standard condition 7.

3. Failing to participate in a program for chemical dependency treatment, as directed by the probation office, since February 23, 2011, in violation of the special condition requiring he do so.

4. Using cocaine on April 4, 2011, in violation of standard condition 7.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on September 6, 2011, at 11:15 a.m. before District Judge James L. Robart.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 7th day of June, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge